# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

BEFORE GLASSER, J.          DATE: 3/9/2012          Time: 10:30-11:00

<u>USA V. BAILEY</u>

CR-11-789

DEFT NAME:   Kerrol Bailey

✓Present   __not present__       ✓Cust.          __bail__

DEFENSE COUNSEL:  **Michelle Gelernt**

✓Present   __not present__       CJA      RET      ✓LAS

A.U.S.A.: **Tiana A. Demas**                    CLERK: Ogoro N. Francis

INT:  (LANG.) Sp.                               PROB: Jaime Turton

Court Reporter: Michele Nardone

## CRIMINAL CAUSE FOR SENTENCING

- CASE CALLED.
- SENTENCING HELD.
- STATEMENTS OF DEFT AND COUNSEL HEARD.
- DEFT SENTENCED ON COUNT(S) **ONE(1)** OF THE Indictment.

The Defendant is sentenced to SIX (6) MONTHS. If there is any time left on the State sentence in Maryland, then this sentence of SIX (6) months is to run concurrently to the state sentence. A Supervised Release Term of THREE (3) YEARS. As a Special Condition of Supervised Release, the Defendant may not return to the United States without prior authorization from the United States. A Mandatory Special Assessment of ONE HUNDRED ($100) DOLLARS. No Fine. No Restitution. Right to Appeal was waived by the Defendant.